IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INDEMNITY INSURANCE COMPANY<br>OF NORTH AMERICA<br>*a/s/o* UNIONVILLE-CHADDS FORD<br>*SCHOOL DISTRICT*<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS,<br>INC. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>NO. 10-4113 |

**O R D E R**

     **AND NOW**, this  19th  day of  March , 2012, upon consideration of Defendant's Motion To Strike Plaintiff's Motion For New Trial (ECF No. 73), it is **ORDERED** that the Motion is **GRANTED**.  Plaintiff's Motion for a New Trial (ECF No. 66) is **DISMISSED** as untimely.

     **IT IS SO ORDERED.**

                                                   BY THE COURT:

                                                   _____
                                                 **R. BARCLAY SURRICK, J.**