IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY : <br> OF NORTH AMERICA : <br> *a/s/o UNIONVILLE-CHADDS FORD* : <br> *SCHOOL DISTRICT* : <br> : <br> v. : <br> : <br> ELECTROLUX HOME PRODUCTS, : <br> INC. : | CIVIL ACTION <br> NO. 10-4113 |

### ORDER

     **AND NOW**, this   26th   day of   March  , 2012, upon consideration of Plaintiff Indemnity Insurance Company of North America's Motion to Extend Time to Appeal (ECF No. 75), it is **ORDERED** that the Motion is **GRANTED**.  Plaintiff shall file a Notice of Appeal within fourteen (14) days of the entry of this Order.

     **IT IS SO ORDERED.**

                                                                             BY THE COURT:

                                                                             **R. BARCLAY SURRICK, J.**